IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Michael Rypiak, | Case No. 1:23cv02010 |
| Plaintiff, | |
| -vs- | JUDGE PAMELA A. BARKER |
| | JUDGMENT ENTRY |
| Southwest General Hospital, | |
| Defendant. | |

For the reasons stated in the Memorandum Opinion and Order issued on this date, Plaintiff's complaint (Doc. No. 1) is dismissed pursuant to 28 U.S.C. § 1915(e)(2). Further, the Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

**IT IS SO ORDERED.**

Date:  October 31, 2023

 s/*Pamela A. Barker*
PAMELA A. BARKER
U. S. DISTRICT JUDGE